THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Dominic M. Derricotte, Appellant.
 
 
 
 
 

Appeal From Charleston County
Deadra L. Jefferson, Circuit Court Judge

Unpublished Opinion No. 2010-UP-086
 Submitted January 4, 2010  Filed February
3, 2010    

APPEAL DISMISSED

 
 
 
 Senior Appellate Defender Joseph L.
 Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Donald J. Zelenka, all of Columbia; Solicitor Scarlett Anne Wilson, of
 Charleston, for Respondent.
 
 
 

PER CURIAM:  Dominic
 Derricotte appeals his concurrent sentences of life imprisonment and thirty
 years for murder and armed robbery, respectively.  Derricotte's contends the
 trial court erred by allowing two of the State's witnesses to testify that the
 victim described him as creepy.  After a thorough review of the record, and counsel's brief, 
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
SHORT, THOMAS,
 and KONDUROS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.